EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  (3802)
Assistant U.S. Attorney
300 Ala Moana Boulevard
PJKK Federal Building, Room 6-100
Honolulu, Hawaii 96850
Phone: (808) 541-2850
Fax:   (808) 541-3752
Email: rachel.moriyama@usdoj.gov

Attorneys for Defendant
MICHAEL O. LEAVITT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CASTLE MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL O. LEAVITT,[1]<br>Secretary Of The United<br>States Department Of Health<br>And Human Services,<br><br>　　　　Defendant. | CIVIL NO. 03-00624 SPK BMK<br><br>STIPULATION FOR DISMISSAL WITH<br>PREJUDICE; ORDER |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice.  Each

---

[1] Michael O. Leavitt, the new Secretary of Health and Human Services, is automatically substituted for Tommy G. Thompson as the Defendant herein.  Fed. R. Civ. P. 25(d)(1).

party shall bear its own costs, expenses and fees.  There are no remaining claims or parties.

        DATED:   JULY 31, 2006   , at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

/s/ Jonathan P. Neustadter       /s/ Rachel S. Moriyama

_____      _____
JONATHAN P. NEUSTADTER, ESQ.    RACHEL S. MORIYAMA
J. GEORGE HETHERINGTON, ESQ.    Assistant U.S. Attorney
MATT A. TSUKAZAKI, ESQ.         Attorneys for Defendant
Attorneys for Plaintiff         MICHAEL O. LEAVITT
CASTLE MEDICAL CENTER

APPROVED AND SO ORDERED:



                                             /s/ Samuel P. King
                                          _____
                                          Samuel P. King
                                          Senior United States District Judge

<u>Castle Medical Center v. Leavitt</u>; Civ. No. 03-00624 SPK BMK; "Stipulation for Dismissal with Prejudice; Order"